IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MARKEITH TIMON MONTAVIOUS AGNEW,**  **PLAINTIFF**
ADC #175519

V.   CASE NO. 3:21-cv-00250-JM-JTK

**JOHNSON,** *et al*.   **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 15th day of March, 2022.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE